**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                    NOS. 4:07CR00331-001 SWW
                             4:09CR00187-001 SWW

JOHNNIE M. DUKES                                                       DEFENDANT

### ORDER

The above entitled cause came on for hearing May 5, 2015 on the government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke supervised release [doc #53 in 4:07CR00331 and doc #31 in 4:09CR00187] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of ELEVEN (11) MONTHS imprisonment in the custody of the Bureau of Prisons to run concurrently in both cases*. The Court recommends that defendant participate in non-residential substance abuse treatment programs and mental health counseling and treatment during incarceration.

There will be *ONE (1) YEAR of supervised release to run concurrently in both cases* following the term of incarceration. Defendant shall follow all general and standard conditions of supervised release. All other conditions of supervised release previously imposed in defendant's Judgments remain in full force and effect including the following:

1) Defendant shall participate in a substance abuse treatment program which may include

Case 4:09-cr-00187-SWW   Document 34   Filed 05/06/15   Page 2 of 2

testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

    2) Defendant shall participate in mental health counseling and treatment under the direction and guidance of the U. S. Probation Office.

The defendant is remanded to the custody of the U. S. Marshal Service.

IT IS SO ORDERED this 6th day of May 2015.

/s/Susan Webber Wright

United States District Judge